United States District Court
Southern District of Texas
**ENTERED**
January 14, 2019
David J. Bradley, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17-cv-00923 |
| | § | |
| NA LI and L & L INTERNATIONAL INC., | § | |
| Defendants. | § | |

ORDER GRANTING
UNITED STATES' MOTION FOR A STAY DEADLINES IN MARCH 20, 2018 ORDER
(ECF NO. 22), IN LIGHT OF LAPSE OF APPROPRIATIONS, and
<u>RELIEVING PARTIES OF MEDIATION REQUIREMENT</u>

For good cause shown, the Court hereby grants the United States of America's motion for a stay of the deadlines in the Order entered March 20, 2018 ("the Order", ECF No. 22), in light of the lapse of appropriations, and relieving the parties of the mediation requirement, in the above-captioned case, as follows:

IT IS ORDERED that the remaining deadlines in the Order (except for the mediation requirement, which is no longer required) will be rescheduled after the Department of Justice attorneys are permitted to resume their usual civil litigation functions, after funding has been restored for the Department of Justice.

SIGNED this 14 day of January, 2019.

_____
HONORABLE LEE H. ROSENTHAL, CHIEF
UNITED STATES DISTRICT JUDGE